UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Susan M Carmen

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Spirit Airlines Et. Als.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2024 APR -5  P 1:09

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Susan M Carmen
             Street Address  870 South Orange Ave
             County, City    Newark NJ 07106
             State & Zip Code 646-565-9726
             Telephone Number

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 2
Name *Spirit Airlines*
Street Address *2000 N. Terminal Parkway, Atlanta GA*
County, City *Fulton County, Atlanta GA*
State & Zip Code *Georgia Atlanta 30320*

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[ ] Federal Questions   [X] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  Newark New Jersey

Defendant(s) state(s) of citizenship  Atlanta Georgia

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  Atlanta Georgia Airport

B.  What date and approximate time did the events giving rise to your claim(s) occur?  May 26, 2023

I was returning home from my trip from Newark to Atlanta — Atlanta back to Newark NJ

C.  Facts:  [What happened to you?] I boarded the airplane by wheelchair and with my health aide Mr. Dillard. And we were seated on the plane and on our way back to Newark and I fell asleep in my chair — and I was rudely awakened by a flight attendant and she said that I could not sleep while flying. And my health aide intervened and showed the flight attendant my medications.

[Who did what?] And the flight attendant told us we could not fly on the plane and forced us off the plane and we had to wait another 10 hrs and pay United Airlines to get back home — and we had to go to New York LaGuardia Airport and when we finally got to New York

[Was anyone else involved?] we had to go to New Jersey Transit and upon arriving at New Jersey Transit the moving stairs I fell down the stairs and broken my shoulder and I had no business in New York in the first place

[Who else saw what happened?] and my health aide Mr Dillard was with me through the whole ordeal and saved my life.

- 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Fell Down the Moving Stairs And totally Broken my Shoulder which cannot Be repaired Due to my Epilepsy And All my medicine the Doctor Said the pain From Healing After Sorgery might Be too much For me. And He refused to do the Sorgery to Repair my Shoulder

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I Want 10 million Dollars And All medical treatment paid. Because put me off the plane under color of Law. And By Doing so Created the situation By me Having to pay Another Airline to get Back Home that took me too New york Instead of New Jersey And I Had No Business to New York In the First place And I was Already Handicap And Now I Have Lost my Shoulder Solely Because the people At Spirit Airlines put me off the plane For No Reasons – I was Sitting In my Seat Quietly Sleeping And I Wasn't Bothering Anyone At All And I Request the Courts to Grant me Punitive Damage As Well. Thank S.C.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___4___ day of ___Apl___, 20_24_

Signature of Plaintiff _____

Mailing Address __870 South Orange Avenue__
__Newark NJ 07106__

Telephone Number __646-565-9726__

Fax Number *(if you have one)* _____

E-mail Address __Long46654@gmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____